IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SIR JORDAN COSBY,

    Plaintiff,                               Case No. 20-cv-184-wmc

    v.

BENJAMYN S. JENSON,
ANDREW M. POHL, and
TORRIA VAN BUREN,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 4/23/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |